# In the United States District Court
## Western District of Missouri
### Southwestern Division

| | | |
|---|---|---|
| Stephen Wood and Althea Wood, husband and wife; Nick Couch and Kandy Couch, husband and wife; Sheldon Couch and Cristina Couch, husband and wife, individually and as next friends of N.C. and G.C.; Ryan Mercer and Lindsay Mercer, husband and wife, individually and as next friends of G.M. and C.M.; Dan Daniels and Cheryl Daniels, husband and wife; Chris Daniels and Lisa Daniels, husband and wife; Dustin Daniels and Carolynn Daniels, husband and wife; Kaye Smith; and Valisa Nelson, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiffs,* | ) ) | |
| *v.* | ) ) | № 3:20-cv-5090-BCW |
| Missouri & Northern Arkansas Railroad Company, Inc; and Genesee & Wyoming Railroad Services, Inc., | ) ) ) ) ) | |
| *Defendants.* | ) | |

**Defendants' Corporate Disclosure Statement**

Under Fed. R. Civ. P. 7.1 and Local Rule 7.1, Defendants Missouri & Northern Arkansas Railroad Company, Inc. ("MNA"), and Genesee & Wyoming Railroad Services, Inc. ("GRSI"), disclose the following:

1. Missouri & Northern Arkansas Railroad Company, Inc. is a wholly owned subsidiary of Genesee & Wyoming Inc., which is 72.47% indirectly owned by Brookfield Asset Management, Inc., a publicly traded company. MNA has no subsidiaries or affiliates that have issued shares to the public.

2. Genesee & Wyoming Railroad Services, Inc. is a wholly owned subsidiary of Genesee & Wyoming Inc., which is 72.47% indirectly owned by Brookfield Asset Management, Inc., a publicly traded company. GRSI has no subsidiaries or affiliates that have issued shares to the public.

*Respectfully submitted,*

/s/ Clifford W. Plunkett
Clifford W. Plunkett (Mo. 70847)
FRIDAY, ELDREDGE & CLARK, LLP
3350 S. Pinnacle Hills Pkwy., Ste. 301
Rogers, Arkansas 72758
479.695.2011 – *phone*
501.244.5343 – *fax*
*plunkett@fridayfirm.com*

&

Joseph P. McKay (Ark. 99006)*
Joshua C. Ashley (Ark. 2012051)*
FRIDAY, ELDREDGE & CLARK, LLP
400 W. Capitol Ave., Ste. 2000
Little Rock, Arkansas 72201-3522
501.376.2011 – *phone*
501.376.2147 – *fax*
*jmckay@fridayfirm.com*
*jashley@fridayfirm.com*

* *pro hac vice forthcoming*

*Attorneys for Missouri & Northern Arkansas Railroad Company, Inc., and Genesee & Wyoming Railroad Services, Inc.*

## Certificate of Service

I certify that this document is being served via email and U.S. mail on September 15, 2020, on:

R. Edward Murphy
Michael L. Taylor
Jamie A. Winningham
Murphy, Taylor, Siemens & Elliott, P.C.
3007 Frederick Avenue
St. Joseph, Missouri 64506
*edmurphy@mtselaw.com*

*&*

William J. Lasley
130 W. 4th Street, P.O. Box 272
Carthage, Missouri 64836
*bill.lasley@carthagelaw.com*

<u>*/s/ Clifford W. Plunkett*</u><br>Clifford W. Plunkett